# United States Court of Appeals
## For the First Circuit

No. 17-1014

LEONAL ANTHONY GARCIA-GARCIA; KARELIS ECHEVARRÍA-CRUZ;
CONJUGAL PARTNERSHIP GARCIA-ECHEVARRÍA,

Plaintiffs, Appellants,

v.

COSTCO WHOLESALE CORPORATION,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on December 22, 2017 is amended as follows:

On page 11, footnote 11, change "Rule 56. Summary Judgment, 10A Fed. Prac. & Proc. Civ. CIV Rule 56 (4th ed.)" to "Fed R. Civ. P. 56; 10B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 2738 (4th ed. 2017 Update).

On page 20, lines 10-11, change "meat department" to "Meat Department"